People v Harvey (2024 NY Slip Op 04733)

People v Harvey

2024 NY Slip Op 04733

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Sept. 27, 2024.) 

KA 23-00343.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
BARRINGTON HARVEY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford , 71 AD2d 38 [4th Dept 1979]). (Appeal from Judgment of Wyoming County Court, Michael M. Mohun, J. - Assault, 2nd Degree).